CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
AUG - 4 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL AKOS MORVA,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:09-cv-00515 |
| v. | ) ) ) | **ORDER** |
| SHERIFF OCTAVIA JOHNSON, <u>et al.</u>,<br>    Defendants. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the defendants' motion for summary judgment is **GRANTED**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

**ENTER**: This 4th day of August, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge